# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03469-MSK

SHALONDA L. HICKS,

    Plaintiff,

v.

CAROLYN W. COLVIN, *Acting Commissioner of Social Security*

    Defendant.

# FINAL JUDGMENT

The oral findings and conclusions made in open court by Chief Judge Marcia S. Krieger, on February 18, 2016, are incorporated herein by reference.  Consistent therewith it is **ORDERED** that the decision of  the Commissioner is **AFFIRMED.**  Any request for costs or attorney fees shall be made within 14 days of the date of this judgment.

    Dated at Denver, Colorado this 19th  Day of February, 2016.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    s/Patricia Glover

    Patricia Glover
    Deputy Clerk